IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN** and **JOAN RANDAZZO,** | : | **CIVIL ACTION** |
| | : | No. 21-2562 |
| *Plaintiffs*, | : | |
| v. | : | |
| **CARRIER CORPORATION,** | : | |
| *Defendant*, | : | |

# ORDER

**AND NOW**, this **21st** day of **October 2021**, upon consideration of Plaintiffs' Complaint (ECF No. 1), Defendant's Motion to Dismiss the Complaint (ECF No. 4), Plaintiffs' Response in Opposition (ECF No. 7), and Defendant's Reply (ECF No. 8), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 4) is **GRANTED**. The Complaint (ECF No. 1) is **DISMISSED** in its entirety with prejudice.

It is **FURTHER ORDERED** that, the Plaintiff having stated on the record that he has no objection, the Plaintiff shall obtain leave of the Court before submitting any additional filing related to this case.

The Clerk of Court is directed to close the above-captioned matter.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**